# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:17-CR-04090-BCW |
| | ) |
| THOMAS JAMES HAYDEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #19). The Court by its own motion, ordered defendant undergo a psychiatric or psychological examination as authorized by 42 U.S.C. § 4241. After the courts oral statement of its intent to order examination, the defense counsel in conjunction with the Court's order requested an examination under 18 U.S.C. § 4242 as well. The examination was conducted at the Federal Medical Center, in Lexington, Kentucky by Forensic Psychologist Judith Campbell, Ph.D. A hearing as to defendant's competency was held on May 7, 2018. Defense counsel objects to the Report and Recommendation. After making an independent review of the record and applicable law, the Court adopts Magistrate Judge Willie Epps, Jr.'s findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED defendant Thomas James Hayden is found to be incompetent in that he is presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or properly assist in his defense. It is further

ORDERED pursuant to 18 U.S.C. § 4241(d)(1), defendant Hayden shall be committed to the custody of the Attorney General, who shall hospitalize defendant for treatment in a federal

1

medical center for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant Hayden will attain the capacity to permit the trial to proceed. It if further

ORDERED Defendant Hayden be hospitalized for treatment at the federal medical center located in Springfield, Missouri, if said facility is available.

ORDERED that Magistrate Judge Epps' Report and Recommendation (Doc. #19) be attached to and made a part of this Order.

IT IS SO ORDERED.

DATED: June 20, 2018
/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT